**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GLORIA MOORE,

                        Plaintiff,

      -against-                                    22 **CIVIL** 10242 (ER)

                                                            **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 3, 2023, Montefiore's motion to dismiss is GRANTED, with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      November 3, 2023

                                                     **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                           **BY:**

                                                    **Deputy Clerk**